# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 10105 |
| v. | ) | |
| | ) | Judge Dow |
| P.O. ADOLPHO GARCIA #7282, | ) | |
| P.O. MANUEL ARROYO #5780, | ) | |
| P.O. ZACHARY DAVIDSON #11682, | ) | Magistrate Judge Brown |
| P.O. DANIEL PONIATOWSKI #10337, | ) | |
| | ) | |
| Individually, and the CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

## STIPULATION AS TO ATTORNEY'S FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this case, by their respective attorneys of record with regard to attorneys' fees and costs:

Judgment of attorney's fees of plaintiff's counsel pursuant to 42 U.S.C §1988 is entered in the amount of $75,000 and costs pursuant to Rule 54(d) and 28 U.S.C. §1920 is entered in the amount of $2,730.40 and is to be paid by the City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102.

/s/ Kathryn Kohls
Kathryn Kohls
Assistant Corporation Counsel
City of Chicago, Law Dept.
30 N. LaSalle, Suite 900
Chicago, Il 60602
Attorney for Defendants

/s/ Gregory E. Kulis
Gregory E. Kulis
Gregory E. Kulis & Associates
30 N. LaSalle St., Ste 2140
Chicago, Il 60604
Attorney for Plaintiff